JAP:MPC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JONATHAN POLANCO,

        Defendant.

- - - - - - - - - - - - - - - - -X

SUPPLEMENTAL
AFFIDAVIT
(21 U.S.C. §§ 952(a)
960)

11 M 1232

EASTERN DISTRICT OF NEW YORK, SS:

        KYLER HARDIN, being duly sworn, deposes and states that he is a Special Agent with Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such. This affidavit is submitted to supplement the complaint filed in this matter on December 14, 2011.

        Commencing on or about December 10, 2011, the defendant JONATHAN POLANCO passed a total of 26 pellets with a total gross weight of 495.3 grams of cocaine.

2

WHEREFORE, your deponent respectfully requests that the defendant JONATHAN POLANCO be dealt with according to law.

_____
KYLER HARDIN
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to before me this
15th day of December, 2011

Un: S/Pollak  Judge
Ea:  York